Matthew Disbrow (SBN 294764)
**HONIGMAN LLP**
US Bank Tower
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
Telephone: (313) 465-7372
mdisbrow@honigman.com

Molly C. McGinley (*pro hac vice* forthcoming)
Michael J. Kraft (*pro hac vice* forthcoming)
**HONIGMAN LLP**
321 North Clark Street, Suite 500
Chicago, IL 60654
Telephone: (312) 701-9300
mmcginley@honigman.com
mkraft@honigman.com

*Attorneys for Defendants*

Michael Connett (SBN 300314)
**SIRI GLIMSTAD**
700 S Flower St, Suite 1000
Los Angeles, CA 90017
Telephone: (888) 747-4529
mconnett@sirillp.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**SACRAMENTO DIVISION**

ADDIE YOUNG, AMY MCALLASTER, and NICOLE SILVERMAN, on behalf of themselves and all others similarly situated,

Plaintiffs,

v.

FULCRUM PROPERTY CORP. and CENTENNIAL REAL ESTATE MANAGEMENT, LLC,

Defendants.

Case No. 2:26-cv-02690 AC

**JOINT STIPULATION AND [~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT**

PLEASE TAKE NOTICE that, pursuant to Local Rule 144, Plaintiffs Addie Young, Amy McAllaster, and Nicole Silverman (collectively, "Plaintiffs") and Defendants Fulcrum Property Corp. and Centennial Real Estate Management, LLC (collectively, "Defendants"), by and through their undersigned counsel of record, hereby stipulate to modify the deadline to answer or otherwise respond to Plaintiffs' Complaint. In support of this stipulation, the Parties state as follows:

WHEREAS, on June 23, 2026, Plaintiffs filed this action in the Superior Court of the State of California, Sacramento Division, Case No. 26CV015067;

WHEREAS, on July 7, 2026, Plaintiffs served the Complaint on Centennial Real Estate Management, LLC;

WHEREAS, on July 16, 2026, Plaintiffs served the Complaint on Fulcrum Property Corp.;

WHEREAS, on August 5, 2026, Centennial Real Estate Management, LLC filed a notice of removal pursuant to 28 U.S.C. §§ 1332, 1441, 1446, 1453, and 1711 (Dkt. #1);

WHEREAS, pursuant to Fed. R. Civ. P. 81(c)(2), Defendants' initial responses to Plaintiffs' Complaint are due on August 12, 2026;

WHEREAS, this action involves multiple parties named and complex issues that require additional investigation and analysis;

WHEREAS, Defendants seek an extension of time to prepare their responses to Plaintiffs' Complaint;

WHEREAS, the parties have met and conferred, and stipulate to extend the deadline for Defendants to answer or otherwise respond to Plaintiffs' Complaint to September 25, 2026;

WHEREAS, the parties have not sought any other extensions in this case;

WHEREAS, the parties do not enter into this stipulation for the purpose of delay, and the Court has not yet scheduled any pre-trial or trial dates; and

WHEREAS, no party will be prejudiced by the stipulation.

NOW THEREFORE, the parties respectfully request that this Court set the deadline for Defendants to answer or otherwise respond to Plaintiffs' Complaint to September 25, 2026.

Dated: August 10, 2026

**SIRI GLIMSTAD**

By: */s/ Michael Connett*
Michael Connett

Michael Connett (SBN 300314)
**SIRI GLIMSTAD**
700 S Flower St, Suite 1000
Los Angeles, CA 90017
Telephone: (888) 747-4529
mconnett@sirillp.com

*Attorneys for Plaintiffs*

**HONIGMAN LLP**

By: */s/ Matthew Disbrow*
Matthew Disbrow

Matthew Disbrow (SBN 294764)
**HONIGMAN LLP**
US Bank Tower
633 West 5th Street, 26th Floor
Los Angeles, CA 90071
Telephone: (313) 465-7372
mdisbrow@honigman.com

Molly C. McGinley (*pro hac vice* forthcoming)
Michael J. Kraft (*pro hac vice* forthcoming)
**HONIGMAN LLP**
321 North Clark Street, Suite 500
Chicago, IL 60654
Telephone: (312) 701-9300
mmcginley@honigman.com
mkraft@honigman.com

*Attorneys for Defendants Centennial Real Estate Management, LLC and Fulcrum Property Corp.*

**[~~PROPOSED~~] ORDER**

The Court, having reviewed and considered the foregoing Stipulation of the parties, and good cause appearing therefore:

IT IS HEREBY ORDERED that Defendants' time to file a responsive pleading (including, but not limited to, an answer, demurrer, motion to strike, motion to quash, or other response) to Plaintiffs' Complaint is extended through and including **September 25, 2026**.

Dated: August 10, 2026

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE