United States District Court
Eastern District of California

| | |
|---|---|
| ADDIE YOUNG, ET AL.<br>Plaintiff(s)<br><br>V.<br><br>FULCRUM PROPERTY CORP., ET AL.<br>Defendant(s) | Case Number: 2:26-cv-02690-DC-AC<br><br>APPLICATION FOR PRO HAC VICE AND ORDER |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Molly K. McGinley hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Fulcrum Property Corporation and Centennial Real Estate Management, LLC

On 11/10/2005 (date), I was admitted to practice and presently in good standing in the Supreme Court of Illinios (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: 08/14/2026 Signature of Applicant: /s/ Molly K. McGinley

**Pro Hac Vice Attorney**

Applicant's Name: Molly K. McGinley

Law Firm Name: Honigman LLP

Address: 321 N. Clark Street, Ste 500

City: Chicago State: IL Zip: 60654

Phone Number w/Area Code: (312) 701-9300

City and State of Residence: Chicago, Illinois

Primary E-mail Address: mmcginley@honigman.com

Secondary E-mail Address: mwise@honigman.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Matthew Disbrow

Law Firm Name: Hongiman LLP

Address: US Bank Tower

633 West 5th Street, 26th Floor

City: Los Angeles State: CA Zip: 90071

Phone Number w/Area Code: (313) 465-7372 Bar # 294764

**ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: August 24, 2026

Dena Coggins
United States District Judge